UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                                :

BRYAN MERRILL,                                                          :

                          Plaintiff,                         :

                                                           :            23-CV-7146 (JMF)

                 -v-                                   :

                                                           :                ORDER

MADHIVE, INC.,                                                      :

                        Defendant.                    :

-------------------------------------------------------------------- X

JESSE M. FURMAN, United States District Judge:

       Pursuant to the Court's October 30, 2023 Order, ECF No. 3, Plaintiff was required to file, no later than November 1, 2023, proof that Plaintiff has notified Defendant of the new date of the initial pretrial conference in this matter. To date, Plaintiff has not filed any such proof of notice. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **November 3, 2023**.

       SO ORDERED.

Dated: November 2, 2023                                _____
       New York, New York                            JESSE M. FURMAN
                                                          United States District Judge